**Order entered July 22, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00196-CV

## GAIL CORDER FISCHER, Appellant

## V.

## CLIFFORD FISCHER & COMPANY, Appellee

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-17340**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c), this Court **ORDERS** the Dallas County District Court Clerk, within **TEN DAYS** of the date of this order, to prepare, certify, and file: (1) a supplemental clerk's record containing any orders sealing *Clifford Fischer & Company v. Gail Corder Fischer*, cause no. DF-19-17340, or having to do with the parties' use of pseudonyms; or (2) written verification that no such orders exist or they cannot be located.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Dallas County District Clerk and the parties.

/s/    LANA MYERS
        PRESIDING JUSTICE